John K. Buche (SBN 239477)
Byron E. Ma (SBN 299706)
BUCHE & ASSOCIATES, P.C.
2029 Century Park E., Suite 400N
Los Angeles, CA 90067
Tel: (310) 593-4193
Fax: (858) 430-2426
jbuche@buchelaw.com
bma@buchelaw.com

*Attorneys for Defendants*
*Yasa Marketing Inc. dba Mazuma Trading Co.*
*and Jorge Gutierrez*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIORNIA

| | |
|---|---|
| JOSE RIGOBERTO RUIZ ROSAS, an individual; P'URHEPECHA DEL VALLE, INC., a California corporation,<br><br>Plaintiffs/Counterdefendants,<br><br>v.<br><br>YASA MARKETING INC. DBA MAZUMA TRADING CO., an Illinois Corporation; JORGE GUTIERREZ, an individual; and, DOES 1 through 50,<br><br>Defendants/Counterclaimants. | Case No.: 8:21-cv-00422-JLS-DFM<br><br>**DEFENDANT YASA MARKETING INC. DBA MAZUMA TRADING CO.'S CORPORATE DISCLOSURE STATEMENT**<br><br>DEMAND FOR JURY TRIAL |

TO THE CLERK OF COURT, PARTIES, AND THEIR ATTORNEYS OF RECORD:

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Yasa Marketing Inc. d/b/a Mazuma Trading Co. states that it does not have a parent corporation and no publicly held corporations own any of its stock.

| | | |
|---|---|---|
| 1 | Dated: May 28, 2021 | Respectfully submitted, |
| 2 | | BUCHE & ASSOCIATES, P.C. |
| 3 | | |
| 4 | | By:  */s/ John K. Buche* |
| 5 | | John K. Buche (SBN 239477)<br>Byron E. Ma (SBN 299706) |
| 6 | | |
| 7 | | *Attorneys for Defendants Yasa Marketing, Inc. dba Mazuma Trading Co. and Jorge Gutierrez* |
| 8 | | |

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I, the undersigned, declare:

I hereby certify that on May 28, 2021, I caused to be served the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send electronic notification of such filing to the following counsel for Plaintiff:

Juan A. Torres
Whit Bivens
MUSICK, PEELER & GARRETT LLP
624 South Grand Avenue, Suite 2000
Los Angeles, CA 90017-3383
j.torres@musickpeeler.com
w.bivens@musickpeeler.com

Notice of this filing will be sent by e-mail to all parties and the above-specified persons by operation of the Court's electronic filing system.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 28, 2021, at La Jolla, California.

　　　　　　　　　　　　　　　　　　*/s/John Buche*_____
　　　　　　　　　　　　　　　　　　John Buche