# JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RIGOBERTO RUIZ ROSAS, an individual; P'URHEPECHA DEL VALLE, INC., a California Corporation,<br><br>*Plaintiffs*,<br><br>v.<br><br>YASA MARKETING INC. DBA MAZUMA TRADING CO., an Illinois Corporation; JORGE GUTIERREZ, an individual; and, DOES 1 through 50,<br><br>*Defendants*. | Case No.: 8:21-cv-00422-JLS-DFM<br><br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

Having considered the Parties' joint stipulation, the entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: November 22, 2021

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE